**Order entered January 6, 2023**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-23-00014-CV

## IN RE INSIGHT NEURODIAGNOSTICS, LLC AND LIFESCIENCE IMAGING PARTNERS, LLC, Relators

### Original Proceeding from the 101st Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-19-11372

### ORDER
Before Justices Nowell, Reichek, and Miskel

Before the Court are relators' January 4, 2023 petition for writ of mandamus and motion for temporary emergency stay. We **GRANT** the motion to the extent that we **STAY** the trial court's December 14, 2022 order compelling the production of documents from relators. This stay shall remain in effect pending resolution of this original proceeding.

We request that real party in interest and respondent file a response, if any, to the petition for writ of mandamus by **January 25, 2023**.

/s/    ERIN A. NOWELL
        JUSTICE